MEDIATION, TRLSET

# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:19–cv–01484–CEM–LRH

| | |
|---|---|
| Bachstein v. Discord, Inc. | Date Filed: 08/12/2019 |
| Assigned to: Judge Carlos E. Mendoza | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Leslie R. Hoffman | Nature of Suit: 370 Other Fraud |
| Cause: 28:1332 Diversity–Tort/Non–Motor Vehicle | Jurisdiction: Diversity |

**Plaintiff**

**Logan Bachstein**  represented by  **Simeon Genadiev**
*an individual*  The G Law Group, P.A.
  350 Lincoln Road, Suite 5038
  Miami Beach, FL 33139
  305/709–8877
  Email: sgenadiev@theglawgroup.com
  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Discord, Inc.**  represented by  **Julie E. Schwartz**
*a for–profit corporation*  Perkins Coie LLP
  3150 Porter Drive
  Palo Alto, CA 94304
  650–838–4490
  Fax: 650–838–4350
  Email: jschwartz@perkinscoie.com
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

  **Beth–Ann E. Krimsky**
  Greenspoon Marder, PA – Corporate
  200 E Broward Blvd Ste 1800
  Ft Lauderdale, FL 33301
  954/527–2427
  Fax: 954/333–4027
  Email: beth–ann.krimsky@gmlaw.com
  *ATTORNEY TO BE NOTICED*

  **Lawren Adrian Zann**
  Greenspoon Marder, PA
  Ste 1800
  200 East Broward Blvd
  Ft Lauderdale, FL 33301
  954/527–2427
  Fax: 954/333–4027
  Email: lawren.zann@gmlaw.com
  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2019 | Ï 1 | COMPLAINT against Discord, Inc. with Jury Demand filed by All Plaintiffs. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5)(Genadiev, Simeon) Modified on 8/12/2019 to correct docket text (SJB). Modified on 8/12/2019 (SPM). (Entered: 08/12/2019) |
| 08/12/2019 | Ï 2 | NEW CASE ASSIGNED to Judge Carlos E. Mendoza and Magistrate Judge Leslie R. Hoffman. New case number: 6:19−cv−1484−Orl−41LRH. (SJB) (Entered: 08/12/2019) |
| 08/14/2019 | Ï 3 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 – track 2. Notice of pendency of other actions due by 8/28/2019. Signed by D. Darley/Deputy Clerk on 8/14/2019. (DJD) ctp** (Entered: 08/14/2019) |
| 08/14/2019 | Ï 4 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 8/28/2019. Signed by Judge Carlos E. Mendoza on 8/14/2019. (DJD) ctp** (Entered: 08/14/2019) |
| 08/14/2019 | Ï | FILING FEES paid by Logan Bachstein (Filing fee $400.00 receipt number ORL084808) (RCN) (Entered: 08/14/2019) |
| 08/14/2019 | Ï 5 | SUMMONS issued as to Discord, Inc. (SPM) (Entered: 08/14/2019) |
| 08/14/2019 | Ï 6 | NOTICE of pendency of related cases re 3 Related case order and track 2 notice per Local Rule 1.04(d) by Logan Bachstein. Related case(s): no (Genadiev, Simeon) (Entered: 08/14/2019) |
| 08/14/2019 | Ï 7 | CERTIFICATE of interested persons and corporate disclosure statement re 4 Interested persons order by Logan Bachstein. (Genadiev, Simeon) (Entered: 08/14/2019) |
| 09/05/2019 | Ï 8 | Consent MOTION for Extension of Time to September 23, 2019, to File Response/Reply as to 1 Complaint by Discord, Inc.. (Attachments: # 1 Text of Proposed Order (Zann, Lawren) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 9/6/2019 (SPM). (Entered: 09/05/2019) |
| 09/05/2019 | Ï 9 | Consent MOTION for Julie E. Schwartz to appear pro hac vice by Discord, Inc.. (Krimsky, Beth−Ann) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 09/05/2019) |
| 09/06/2019 | Ï 10 | **ENDORSED ORDER granting 8 Motion for Extension of Time. The Defendant shall file its response to the Complaint on or before September 23, 2019. Signed by Magistrate Judge Leslie R. Hoffman on 9/6/2019. (MDH)** (Entered: 09/06/2019) |
| 09/06/2019 | Ï 11 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by defendant by 9/20/2019. Signed by Judge Carlos E. Mendoza on 9/6/2019. (DJD) ctp** (Entered: 09/06/2019) |
| 09/06/2019 | Ï 12 | **ORDER granting 9 Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Leslie R. Hoffman on 9/6/2019. (MDH)** (Entered: 09/06/2019) |
| 09/06/2019 | Ï | Set/reset deadlines: for Discord, Inc. Answer due by 9/23/2019. (SPM) (Entered: 09/06/2019) |
| 09/13/2019 | Ï | ***PRO HAC VICE FEES paid by attorney Julie Schwartz, appearing on behalf of Discord, Inc. (Filing fee $150 receipt number FTM014055.) Related document: 9 Consent MOTION for Julie E. Schwartz to appear pro hac vice. (SPB) (Entered: 09/13/2019) |
| 09/20/2019 | Ï 13 | CERTIFICATE of interested persons and corporate disclosure statement re 11 Interested persons order by Discord, Inc.. (Zann, Lawren) (Entered: 09/20/2019) |
| 09/23/2019 | Ï 14 | MOTION to transfer case or, in the Alternative, Dismiss Plaintiff's Complaint by Discord, Inc. (Attachments: # 1 Exhibit A − Declaration of Julie Schwartz, # 2 Exhibit B − Declaration of Sean |

| | | |
|---|---|---|
| | | Li)(Zann, Lawren) Modified on 9/24/2019 (SPM). (Entered: 09/23/2019) |
| 09/26/2019 | 15 | Agreed MOTION for miscellaneous relief, specifically to Postpone Case Management Conference or, in the Alternative, for Leave to Telephonically Appear at Case Management Conference by Discord, Inc.. (Zann, Lawren) Modified on 9/27/2019 (SPM). (Entered: 09/26/2019) |
| 10/01/2019 | 16 | Agreed MOTION for Extension of Time to October 14, 2019, to File Response/Reply as to 14 MOTION to transfer case or, in the Alternative, Dismiss Plaintiff's Complaint by Logan Bachstein. (Attachments: # 1 Text of Proposed Order Proposed Order on P's Motion for Enlargement of Time to Respond to D's Motion to Dismiss)(Genadiev, Simeon) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 10/2/2019 (SPM). (Entered: 10/01/2019) |
| 10/02/2019 | 17 | **ENDORSED ORDER granting 16 Motion for Extension of Time. The Plaintiff shall file his response to the motion to dismiss (Doc. 14) on or before October 14, 2019. Signed by Magistrate Judge Leslie R. Hoffman on 10/2/2019. (MDH)** (Entered: 10/02/2019) |
| 10/02/2019 | | Set deadlines as to 14 MOTION to transfer case or, in the Alternative, Dismiss Plaintiff's Complaint . Responses due by 10/14/2019 (SPM) (Entered: 10/03/2019) |
| 10/04/2019 | 18 | **ORDER granting in part and denying in part 15 Motion to Postpone Case Management Conference or, in the Alternative, for Leave to Telephonically Appear at Case Management Conference. As stated herein, the parties may conduct the case management conference telephonically for the purpose of preparing the Case Management Report. See Order for additional details. Signed by Magistrate Judge Leslie R. Hoffman on 10/4/2019. (MDH)** (Entered: 10/04/2019) |
| 10/14/2019 | 19 | MEMORANDUM in opposition re 14 Motion to transfer case filed by Logan Bachstein. (Genadiev, Simeon) (Entered: 10/14/2019) |
| 10/18/2019 | 20 | Consent MOTION for leave to file Reply to 19 Plaintiff's Opposition to Defendant's Motion to Transfer or, in the Alternative, Dismiss Plaintiff's Complaint by Discord, Inc.. (Zann, Lawren) Modified on 10/21/2019 (SPM). (Entered: 10/18/2019) |
| 10/21/2019 | 21 | **ENDORSED ORDER granting 20 Defendant's Motion for Leave to File Reply. On or before October 28, 2019, Defendant may file a Reply of no more than eight pages. Signed by Judge Carlos E. Mendoza on 10/21/2019. (VLC)** (Entered: 10/21/2019) |
| 10/21/2019 | | Set deadlines as to 14 MOTION to transfer case or, in the Alternative, Dismiss Plaintiff's Complaint . Replies due by 10/28/2019. (SPM) (Entered: 10/22/2019) |
| 10/25/2019 | 22 | CASE MANAGEMENT REPORT. (Zann, Lawren) (Entered: 10/25/2019) |
| 10/28/2019 | 23 | NOTICE to the Courts to take judicial notice regarding *Corporate Filings* by Discord, Inc. (Attachment: # 1 Exhibit A – Amended Registration Statement)(Zann, Lawren) (Entered: 10/28/2019) |
| 10/28/2019 | 24 | REPLY to Response to Motion re 14 MOTION to transfer case or, in the Alternative, Dismiss Plaintiff's Complaint filed by Discord, Inc. (Zann, Lawren) (Entered: 10/28/2019) |
| 11/01/2019 | 25 | AMENDED CASE MANAGEMENT REPORT by Discord, Inc. re 22 Case Management Report . (Zann, Lawren) Modified on 11/4/2019 (SPM). (Entered: 11/01/2019) |
| 11/13/2019 | 26 | **CASE MANAGEMENT AND SCHEDULING ORDER: Dispositive motions due by 7/21/2020, Trial Status Conference set for 12/17/2020 at 10:00 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza, Jury Trial set for the trial term commencing 1/4/2021 before Judge Carlos E. Mendoza, Conduct mediation hearing by 5/29/2020. Lead counsel to coordinate dates. Signed by Judge Carlos E. Mendoza on 11/13/2019. (DJD)** (Entered: 11/13/2019) |

| | | |
|---|---|---|
| 11/13/2019 | 27 | **ORDER that the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before November 27, 2019. Signed by Judge Carlos E. Mendoza on 11/13/2019. (DJD) ctp** (Entered: 11/13/2019) |
| 11/13/2019 | 28 | CASE REFERRED to Mediation. (SPM) (Entered: 11/13/2019) |
| 11/25/2019 | 29 | **ORDER granting in part and denying in part 14 Motion to transfer case. To the extent the Motion seeks transfer, it is GRANTED. To the extent the Motion seeks dismissal, it is DENIED in part. Insofar as the Motion moves for dismissal based on personal jurisdiction, the Motion is DENIED as moot. Insofar as the Motion requests dismissal for failure to state a claim upon which relief can be granted, ruling on the Motion is DEFERRED because this Court is not the proper forum to decide the merits of the case. Defendant's Request for Judicial Notice (Doc. 23) is DENIED as moot. The Clerk is DIRECTED to transfer this case to the United States District Court for the Northern District of California for all further proceedings and to close this file. Signed by Judge Carlos E. Mendoza on 11/25/2019. (DJD)** (Entered: 11/25/2019) |