Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Natasha Amlani, Bar No. 322979
NAmlani@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
Discord, Inc.

Simeon Genadiev, Fla. Bar No.: 100918
sgenadiev@theglawgroup.com
THE G LAW GROUP, P.A.
350 Lincoln Road, Suite 5038
Miami Beach, FL 33139
Tel: (305) 709-8877
Fax: (786) 460-8333
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOGAN BACHSTEIN,<br><br>            Plaintiff,<br><br>    v.<br><br>DISCORD, INC.,<br><br>            Defendant. | **Case No. 4:19-cv-7803-DMR**<br><br>**JOINT STIPULATION FOR DISMISSAL** |

**IT IS HEREBY** stipulated by the undersigned counsel for the respective parties that this cause may be hereby dismissed without prejudice as to Plaintiff, Logan Bachstein, and Defendant, Discord, Inc., with each party to bear their own attorneys' fees and costs.

DATED: January 22, 2020     **PERKINS COIE LLP**

By: */s/ Julie E. Schwartz*
    Julie E. Schwartz, Bar No. 260624
    JSchwartz@perkinscoie.com

    Attorneys for Defendant
    Discord, Inc.

DATED: January 22, 2020     **THE G LAW GROUP, P.A.**

By: */s/ Simeon Genadiev*
    Simeon Genadiev, Fla. Bar No.: 100918
    Attorney for Plaintiff
    Logan Bachstein

## **ATTESTATION**

I, Julie Schwartz, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: January 22, 2020

By: */s/ Julie E. Schwartz*
    Julie E. Schwartz

Attorney for Defendant
Discord, Inc.